AO 245B (CASD) (Rev. 12/11) Judgment in a Criminal Case with Probation
Sheet 1



# UNITED STATES DISTRICT COURT PM 3: 51
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

MARTIN SERGIO LOPEZ-DE ALBA

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: 12CR2370-NLS

NICOLE GABRIELLE SAPERSTEIN, FD.

Defendant's Attorney

**REGISTRATION NO.** 33477298

☐

THE DEFENDANT:
☒ pleaded guilty to count(s) _1 of the INFORMATION (Misdemeanor)_

☐ was found guilty on count(s)_____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 8 USC 1325 | ILLEGAL ENTRY (Misdemeanor) | 1 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)_____

☐ Count(s)_____ is ☐ are ☐ dismissed on the motion of the United States.

☒ Assessment: $10.00 (Waived)

☒ Fine waived -- $500.00          ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

JULY 3, 2012

Date of Imposition of Sentence

HON. NITA L. STORMES
UNITED STATES MAGISTRATE JUDGE

12CR2370-NLS

AO 245B (CASD) (Rev. 12/11) Judgment in a Criminal Case with Probation
  Sheet 2 — Imprisonment

DEFENDANT: MARTIN SERGIO LOPEZ-DE ALBA
CASE NUMBER: 12CR2370-NLS

Judgment — Page __2__ of __2__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of
SIX (6) Months

☐ The court makes the following recommendations to the Bureau of Prisons:
Court recommends the defendant be designated to a facility located in the Southern District.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

12CR2370-NLS